UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Snyder, Jade Santoro,<br><br>    Plaintiffs,<br><br>  v.<br><br>City and County of San Francisco, et al.<br><br>    Defendants.<br>_____/ | No.  C 03-4927 JSW (WDB)<br><br>**ORDER FOLLOWING IN-CAMERA REVIEW OF DOCUMENTS LODGED JULY 8, 2005** |

The Court has completed its *in camera* review of the documents lodged by defendants on July 8, 2005 (Bates stamped SNYDER 0949-1707). Defendants must produce **all** of these documents to plaintiffs.

All documents produced pursuant to this Order are subject to the following "For Attorneys' Eyes Only" Protective Order. All documents produced are to be used for the purposes of this litigation only. **Plaintiffs' counsel may not disclose or use the above-referenced documents in this litigation absent a stipulation or court order, secured in advance.** At the conclusion of this matter, plaintiffs must promptly return to defendants all copies of the documents.

IT IS SO ORDERED.

Dated: July 12, 2005                        /s/  Wayne D. Brazil
                                                                    WAYNE D. BRAZIL
                                                                    United States Magistrate Judge

Copies to: Parties, WDB, JSW, stats