| | |
|---|---|
| 1 | JAMES A. QUADRA, State Bar # 131084 |
| | LINA R. GUILLEN, State Bar # 209206 |
| 2 | MOSCONE, EMBLIDGE & QUADRA, LLP |
| | 180 Montgomery Street, Suite 1240 |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 362-3599 |
| 4 | Facsimile: (415) 362-7332 |
| 5 | Attorneys for Defendants |
| | PRENTICE EARL SANDERS, DAVID ROBINSON, |
| 6 | GREG CORRALES AND JOHN SYME |
| 7 | |
| | DENNIS J. HERRERA, State Bar #139669 |
| 8 | City Attorney |
| | JOANNE HOEPER, State Bar #114961 |
| 9 | Chief Trial Attorney |
| | SEAN F. CONNOLLY, State Bar # 152235 |
| 10 | DAVID B. NEWDORF, State Bar #172960 |
| | Deputy City Attorneys |
| 11 | Fox Plaza |
| | 1390 Market Street, 6TH Floor |
| 12 | San Francisco, California 94102-5408 |
| | Telephone: (415) 554-3800 |
| 13 | Facsimile: (415) 554-3837 |
| 14 | Attorneys for Defendants |
| | CITY AND COUNTY OF SAN FRANCISCO |
| 15 | AND ALEX FAGAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SNYDER and JADE SANTORO, | Case No. C03-4927 JSW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR EXPERT DISCLOSURE AND DISCOVERY** |
| CITY AND COUNTY OF SAN FRANCISCO, EARL SANDERS, ALEX FAGAN, SR., GREAD CORRALES, JOHN SYME, DAVID ROBINSON and DOES 1 through 20, inclusive, | |
| Defendants. | |

---

STIPULATION AND ORDER EXTENDING THE
DEADLINE FOR EXPERT DISCLOSURE AND DISCOVERY
CASE NO. C 03-04927 JSW

349843.01

## RECITAL

Pursuant to the Civil Minute Order issued by the Court on May 6, 2005, the parties are required to disclose expert witnesses on or before July 29, 2005, and shall proceed to conduct expert discovery from July 29 through September 6, 2005. The parties agree that this schedule is now impractical for a variety of reasons. Magistrate Judge Wayne D. Brazil has ordered the depositions of plaintiffs Jade Santoro and Adam Snyder be taken by August 22, 2005. The depositions are currently scheduled for the week of August 1, 2005. Neither deposition will be completed by the current expert disclosure deadline of July 29, 2005. The parties agree that these depositions are required for their respective experts to fully prepare before experts are disclosed and the parties exchange their reports. In addition, the parties agree that it would be more cost efficient for the Court to rule on dispositive motions before the parties engage in time consuming and expensive expert discovery. The last day to have dispositive motions heard is currently December 16, 2005.

## STIPULATION

For the reasons stated above, the parties hereby stipulate that parties will disclose expert witnesses in accordance with Rule 26 on January 9, 2006 and expert discovery will close on February 13, 2006.

IT IS SO STIPULATED.

Dated: _July 26, 2005          CASPER MEADOW & SCWARTZ


By: _____/s/_____
ANDREW C. SCHWARTZ
Attorneys for Plaintiff
JADE SANTORO

| | | |
|---|---|---|
| 1 | Dated: July 26, 2005 | THE SCOTT LAW FIRM |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | JOHN HOUSTON SCOTT<br>Attorneys for Plaintiff<br>ADAM SNYDER |
| 5 | | |
| 6 | Dated: July 26, 2005 | MOSCONE, EMBLIDGE & QUADRA |

By: _____/s/_____
JAMES A. QUADRA
Attorneys for Defendants
PRENTICE EARL SANDERS, DAVID ROBINSON, GREG CORRALES and JOHN SYME

Dated: July 26, 2005          OFFICE OF THE CITY ATTORNEY

By: _____/s/_____
SEAN F. CONNOLLY
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and ALEX FAGAN

**ORDER**

Good cause showing, it is hereby ordered that the expert disclosure deadline and expert discovery cutoff date be modified pursuant to the terms of the forgoing stipulation.

IT IS SO ORDERED.

Dated: __July 27__, 2005

/s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE