**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SNYDER, et al. | |
| Plaintiffs, | No. C 03-04927 JSW |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO WITHDRAW** |
| Defendants. | |

On July 26, 2005, Counsel for Plaintiff Jade Santoro filed to withdraw as counsel, which currently is noticed for hearing on September 23, 2005. The Court HEREBY ORDERS that any opposition to this motion shall be due on August 12, 2005, and any replies shall be due on August 19, 2005. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 28, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE