United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM SNYDER and JADE SANTORO,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, EARL SANDERS, ALEX FAGAN, SR., GREG CORRALES, JOHN SYME, DAVID ROBINSON and DOES 1 through 20, inclusive,

    Defendants.
_____/

No. C 03-04927 JSW

**ORDER OF REFERRAL**

    Pursuant to Local Rule 72-1, Defendant City and County of San Francisco's motion to dismiss plaintiff Jade Santoro or for terminating sanctions for violation of court order and failure to submit to deposition in the above captioned matter is HEREBY REFERRED to Magistrate Judge Brazil to prepare a report and recommendation.

    **IT IS SO ORDERED.**

Dated: August 15, 2005

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE