IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SNYDER and JADE SANTORO,<br><br>  Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, EARL SANDERS, ALEX FAGAN, SR., GREG CORRALES, JOHN SYME, DAVID ROBINSON and DOES 1 through 20, inclusive,<br><br>  Defendants.<br>_____/ | No. C 03-04927 JSW<br><br>**ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL** |

The motion to withdraw as counsel for plaintiff Jade Santoro filed by Andrew C. Schwartz ("Schwartz") is fully briefed and ripe for decision. The Court finds the motion suitable for disposition without oral argument. Civ. L.R. 7-1(b). Accordingly, the hearing set for September 23, 2005, is HEREBY VACATED.

Having found good cause and agreement by all parties, the Court HEREBY GRANTS Schwartz's motion to be relieved as counsel for plaintiff Jade Santoro in the above captioned case. Mr. Santoro shall proceed hereinafter *pro se* and defendants must serve him personally with all papers and motions in this matter. In addition, as agreed, Schwartz will comply in all respects with the request to return all documents and copies of all documents to defendant City and County of San Francisco produced in this litigation pursuant to Magistrate Judge Brazil's "attorneys eyes only" protective orders.

1  Upon receipt of this Order, Schwartz shall serve a copy of this Order on Jade Santoro by
2  Federal Express and shall provide the Court as well as counsel for defendants with Mr.
3  Santoro's current mailing address for all future service in this matter.

**IT IS SO ORDERED.**

Dated:  August 25, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE