UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Snyder, Jade Santoro,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>City and County of San Francisco, et al.<br><br>　　　　Defendants.<br>_____/ | No. C 03-4927 JSW (WDB)<br><br>ORDER FOLLOWING REVIEW OF PLAINTIFF SANTORO'S MOTION FOR EXTENSION OF TIME FOR DEPOSITION |

　　　The Court has received and reviewed plaintiff Jade Santoro's Motion for Extension/Renewal of Time For Giving Deposition. Pursuant to its review of plaintiff's Motion, the Court proposes, but does <u>not</u> put into place, the following plan:

　　●　The Court would extend the date by which plaintiff Santoro's deposition must be taken to December 5, 2005;

　　●　The Court would vacate the hearing on defendants' motion for terminating sanctions, currently scheduled to proceed on November 30, 2005. Defendants would be permitted to renew (or amend) their sanctions motion after either plaintiff Santoro's deposition has occurred or the December 5, 2005, deadline has passed.

///

**By Friday, November 4, 2005, at 4:00 p.m.**, defendants must e-file correspondence addressed to the undersigned either (i) agreeing to proceed in the manner proposed above, or (ii) setting forth their objections to the proposed plan.

IT IS SO ORDERED.

Dated: October 31, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
All parties,
WDB, JSW