UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Snyder, Jade Santoro, | No. C 03-4927 JSW (WDB) |
| Plaintiffs, | ORDER RE DISPUTE OVER WHETHER MR. MARTINELLI MAY HAVE ACCESS <u>IN THE CASE AT BAR</u> TO DOCUMENTS HERETOFORE CONFINED TO PLAINTIFFS' LAWYERS EYES ONLY |
| v. | |
| City and County of San Francisco, et al. | |
| Defendants. | |

Having given due consideration to the parties' written submissions, the Court hereby MODIFIES THE PROTECTIVE ORDER entered earlier in this case to permit Mr. Ron Martinelli, plaintiffs' expert in the case at bar, to review and rely on documents produced by defendants but heretofore confined to "Lawyers' Eyes Only."

In forming his opinions in this case, Mr. Martinelli may rely only on documents and information to which he has access in this case in conformity with orders issued in this case. He will be required to disclose to counsel for defendants each and every document and/or piece of information that helps form the context in which he develops his opinions. Presumably, Judges Jenkins and Laporte will impose a similar rule in the cases pending before them.

IT IS SO ORDERED.

Dated: November 8, 2005

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: Parties via e-filing,
WDB, JSW, stats