UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Snyder, Jade Santoro,<br><br>    Plaintiffs,<br><br>    v.<br><br>City and County of San Francisco, et al.<br><br>    Defendants.<br>_____/ | No. C 03-4927 JSW (WDB)<br><br>ORDER DENYING MR. SANTORO'S REQUEST TO EXTEND DEADLINE FOR HIS DEPOSITION AND CONFIRMING DATE FOR HEARING ON DEFENDANTS' MOTIONS FOR SANCTIONS |

      Having considered the papers submitted by the parties that address plaintiff Santoro's "Ex Parte [not really] Motion for Extension/Renewal of Time for Giving Deposition," the Court hereby DENIES the motion. The considerations described by Mr. Santoro and his new counsel are not sufficient to excuse his failure to comply with this Court's Order of June 23, 2005.

      Being 'discouraged and disappointed' is part of being alive. Mr. Santoro has known for a very long time that he would be required to give his deposition in this case. He should have maintained contact with his lawyer and taken care to assure that he understood what his obligations in this case were. He is a plaintiff. It is his duty to prosecute the matter responsibly. He did not.

      As his new lawyer points out, he has given testimony about the underlying events no fewer than four times – in other cases. He cannot claim ignorance of the process – and he has had ample opportunity to present his account of the events. Judge White will decide to what

extent, if any, Mr. Santoro will be permitted to use testimony given in other settings to advance his purposes in this case.

In addition to considering the materials discussed above, the Court has reviewed all of the submissions relevant to defendants' pending motion for terminating sanctions. Pursuant to that review, the Court DENIES defendants' motions for sanctions to the extent that they request **terminating** sanctions. This most severe of penalties is not justified on the record developed in this case.

The undersigned will consider, however, defendants' motions for monetary sanctions. The hearing on defendants' petition for that form of relief will be held on **November 30, 2005, at 2:30 p.m.** Counsel for defendants, plaintiff Santoro's current **and** former counsel (Andrew Schwartz, Esq.), **and** Mr. Santoro **must appear in person at the hearing**.

Plaintiff Santoro's response, if any, to defendants' request for **monetary** sanctions must be e-filed by no later than **November 23, 2005, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: November 8, 2005                         /s/ Wayne D. Brazil
                                                                                      WAYNE D. BRAZIL
                                                                                      United States Magistrate Judge

Copies to:
Parties via e-filing,
Andrew Schwarz, Esq.
(via facsimile and mail)
WDB, JSW