UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jade Santoro, Adam Snyder, | No. C 03-4927 JSW (WDB) |
| Plaintiffs, | ORDER FOLLOWING HEARING ON DEFENDANTS' MOTION FOR SANCTIONS |
| v. | |
| City and County of San Francisco, et al. | |
| Defendants. | |

On November 30, 2005, the Court conducted a hearing on defendants' motion for sanctions against plaintiff Jade Santoro.[1] Dennis Cunningham, Esq., appeared on behalf of plaintiff Santoro. Sean Connolly, Esq., and David Newdorf, Esq., appeared on behalf of the City defendants and Alex Fagan, Sr. Lina Guillen, Esq., appeared on behalf of defendant Earl Sanders. As ordered by the Court on November 8, 2005, plaintiff Santoro and plaintiff Santoro's former counsel, Andrew Schwartz, Esq., were also present at the hearing.

---

[1] In an order dated November 8, 2005, the Court denied defendants' motion to the extent it sought <u>terminating</u> sanctions. The hearing conducted on November 30, 2005, concerned only whether and in what amount the Court should order <u>monetary</u> sanctions against plaintiff Santoro.

1

After consideration of all of the relevant written submissions[2], as well as the oral arguments and factual representations made on the record at the hearing, the Court ORDERS as follows:

1. Ms. Guillen must submit to chambers, via facsimile, the proof of service showing that plaintiff was personally served with her clients' joinder in the City defendants' motion for terminating sanctions.[3]

2. Ms. Guillen must submit correspondence to the undersigned that states the hourly rate her firm is <u>actually</u> charging for <u>her</u> work in this case (and, if different in any material respect, the amount her firm is actually being paid for her work in this case). She must also serve a copy of this correspondence on plaintiff's counsel Cunningham.

3. The Court FINDS that plaintiff Santoro's failure to appear at the deposition scheduled August 2, 2005, violated this Court's Order of June 23, 2005. The Court further FINDS that plaintiff's failure to appear at his deposition was not "substantially justified". Fed. R. Civ. Proc. 37(b)(2).

4. Balancing the harm suffered by the defendants, the stated reasons for which plaintiff did not attend his deposition, and plaintiff's limited financial resources, the Court hereby SANCTIONS plaintiff in the amount of $950.00.

The $950.00 must be paid either by plaintiff or his attorney Dennis Cunningham (or some combination thereof) and must be paid to defendants City and County of San Francisco. The money may be paid either in installments or a lump sum but in any case must be paid no later

///

///

---

[2] Two documents, an invoice from the court reporting service of Bonnie Wagner and Associates for the deposition of Jade Santoro scheduled to occur on August 2, 2005, and correspondence from Michelle Estrada, legal assistant to Andrew Schwartz, to plaintiff Jade Santoro, dated July 21, 2005, were submitted to the Court for the first time during the hearing. The Court's clerk filed these documents and returned conformed copies to the parties.

[3] The Court notes that on December 1, 2005, Ms. Guillen faxed a proof of service, signed September 15, 2005 by a Laura Helland (presumably an employee of Moscone, Emblidge & Quadra LLP). This document has already been filed on the Court's docket.

than **June 1, 2006.**

    IT IS SO ORDERED.

Dated: December 2, 2005

                                  WAYNE D. BRAZIL
                                  United States Magistrate Judge

Copies to:
Parties, Andrew Schwartz, Esq.,
WDB, JSW, stats

3