1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   DAVID B. NEWDORF, State Bar # 172960
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3863
6  Facsimile:     (415) 554-3837

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO AND
9  ALEX FAGAN SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADAM SNYDER AND JADE SANTORO<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, EARL SANDERS, ALEX FAGAN, SR.,<br><br>Defendants. | Case No. C03-4927 JSW<br><br>**[PROPOSED]** **ORDER GRANTING REQUEST TO FILE CONFIDENTIAL EXHIBIT UNDER SEAL**<br><br>**[CIV. L.R. 79-5]**<br><br>Hearing Date:  Friday, Dec. 16, 2005<br>Time:          9:00 a.m.<br>Place:         Courtroom 2, 17th Floor<br><br>Date Filed:    November 5, 2003 |
|---|---|

ORDER GRANTING MISC. ADMINISTRATIVE REQUEST.
CASE NO. C03-0869 MJJ/C 03-1194 MJJ

N:\LIT\LI2005\040707\00345948.DOC

| | |
|---|---|
| 1 | **ORDER** |
| 2 | FOR GOOD CAUSE APPEARING, IT IS ORDERED THAT pursuant Civil L.R. 79-5 |
| 3 | Defendants may file the following documents under seal with the Clerk of the Court: |
| 4 | 1.  Exhibit G to the Declaration of David B. Newdorf In Support of Defendants' |
| 5 | Motion for Summary Judgment [Docket No. 254]. |
| 6 | IT IS SO ORDERED. |
| 8 | Dated: December 2, 2005 |

_____
Hon. Jeffrey S. White
U.S. District Judge

ORDER GRANTING DEFS' MISC. ADMINISTRATIVE REQUEST.
CASE NO. C03-4927 JSW

1

N:\LIT\LI2005\040707\00345948.DOC