DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Fox Plaza, 6th Floor
1390 Market Street
San Francisco, California 94102-5408
Telephone: (415) 554-3863
Facsimile: (415) 554-3837
E-Mail: sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
ALEX FAGAN, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SNYDER AND JADE SANTORO<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, EARL SANDERS, ALEX FAGAN, SR.,<br><br>Defendants. | Case No. C03-4927 JSW<br><br>[**PROPOSED**] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST FOR ORDER ALLOWING DEFENDANTS TO EXCEED 15 PAGE LIMIT IN THEIR REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br>[Civil L.R. 7-11]<br><br>Hearing Date: Dec. 16, 2005<br>Time: 9:00 a.m.<br>Place:: Courtroom 2, 17th Floor |

Pursuant to Civil Local Rule 7-11(a), Defendants City and County of San Francisco and Alex Fagan Sr. submitted a Request For Order Allowing Defendants To Exceed Page Limit In Defendants Reply to Opposition to Defendants' Motion for Summary Judgment. Having considered Defendants' submissions, the Court hereby GRANTS Defendants' motion and allows Defendants to file a reply brief up to 20 pages, exclusive of declarations and exhibits.

Dated: December 9, 2005

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE