IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SNYDER and JADE SANTORO,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, EARL SANDERS, ALEX FAGAN, SR., GREG CORRALES, JOHN SYME, DAVID ROBINSON and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 03-04927 JSW<br><br>**ORDER GRANTING APPLICATION TO FILE SUR-REPLY AND SETTING BRIEFING SCHEDULE ON EVIDENTIARY OBJECTIONS** |

   The Court, having received Plaintiffs' application seeking permission to file a sur-reply brief in opposition to Defendants' motion for summary judgment, and finding good cause, does HEREBY GRANT Plaintiffs leave to file the sur-reply. The Court will consider Plaintiffs' response to Defendants' reply brief.

   In addition, the Court notes that Defendants have submitted evidentiary objections and/or a motion to strike Plaintiffs' evidence submitted in support of their opposition to the motion for summary judgment. Having failed to receive any response, the Court HEREBY

1  ORDERS Plaintiffs to file a response to Defendants' evidentiary objections by no later than
2  Wednesday, December 14, 2005.

4  **IT IS SO ORDERED.**

6  Dated: December 13, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California