DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
DAVID B. NEWDORF, State Bar # 172960
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3863
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
ALEX FAGAN SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SNYDER AND JADE SANTORO<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ALEX FAGAN, SR. and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C03-4927 JSW<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES FOR EXPERT DISCLOSURE AND DISCOVERY**<br><br>Date Filed: 11/05/2003<br>Trial Date: March 20, 2006 |

Having considered Defendants' Motion for Administrative Relief, and for good cause appearing, the Court ORDERS as follows: (1) the deadline for expert disclosures is extended to 15 days after the Court issues an order resolving defendants' pending motions for summary judgment and qualified immunity; and (2) the deadline for expert discovery is extended to 30 days after the parties' disclosure of experts.

Dated: ~~January 12, 2006~~ 1/10/06

_(signature)_
Hon. Jeffrey S. White
U.S. District Court Judge

1

DEFS' MOTION FOR ADMINISTRATIVE RELIEF
USDC No. C03-4927 JSW

N:\LIT\LI2003\040707\00351758.DOC