IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SNYDER and JADE SANTORO,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, EARL SANDERS, individually and in his official capacity as Chief of Police for the San Francisco Police Department, ALEX FAGAN, SR., individually and in his official capacity as Deputy Chief of Police for the San Francisco Police Department,<br><br>    Defendants.<br>_____/ | No. C 03-04927 JSW<br><br>**JUDGMENT** |

On March 31, 2006, this Court entered an Order granting Defendants' motion for summary judgment. It is hereby ORDERED AND ADJUDGED that the clerk is directed to enter judgment in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 6, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE